```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 07670
   BLESILDA GARCIA
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-1276
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/29/06 and confirmed on 09/14/06.

2. The case was dismissed after confirmation, 10/17/2008.

3. The Debtor paid a total of $ 8875.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 527.38 | .00 | 206.82 |
| ROUNDUP FUNDING LLC | UNSECURED | 542.75 | .00 | 212.85 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 589.23 | .00 | 231.08 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2370.75 | .00 | 929.75 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 594.86 | .00 | 233.30 |
| ROUNDUP FUNDING LLC | UNSECURED | 386.32 | .00 | 151.51 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7462.14 | .00 | 2926.42 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 12473.43 | .00 | 12473.43 |
| PRINCIPAL PAID | .00 | .00 | 4891.73 | .00 | 4891.73 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4891.73 | .00 | 4891.73 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $ 3000.00 and was paid $    430.00  direct and $   2570.00  through the plan.

The Trustee received $    348.27 .

Refunds to the Debtor totaled $   1065.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/30/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE